**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**FORREST BRUNSON, et al.,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　No. 11cv1018 JCH/LAM

**CHRISTOPHER MCCORKLE, et al.,**

    **Defendants.**

# ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND COSTS [*Doc. 71*]

**THIS MATTER** is before the Court on *Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 71)*, filed January 9, 2013. No response to the motion has been filed and the time for doing so has passed. On January 29, 2013, Plaintiffs filed a *Notice of Briefing Complete (Doc. 73)*. Having considered the motion, record of this case, and relevant law, the Court **FINDS** that the motion should be **GRANTED**.

On January 4, 2013, the Court granted Plaintiff's motion to compel [*Doc. 56*], and ordered Defendant DeRouen to pay Plaintiffs' reasonable attorney's fees and costs incurred in bringing that motion. [*Doc. 69*]. Also on January 4, 2013, the Court recommended granting Plaintiffs' motion for discovery sanctions [*Doc. 58*], and ordered Defendant DeRouen to pay Plaintiffs' reasonable attorney's fees and costs incurred in bringing that motion. [*Doc. 70*]. In the motion currently before the Court, Plaintiffs ask for an award of attorney's fees and costs in the amount of **$290.00** for the attorney's fees associated with their motion to compel [*Doc. 56*], **$590.00** for the attorney's fees and costs associated with their motion for discovery sanctions [*Doc. 58*], and **$300.00** for the attorney's fees associated with this motion for attorney's fees because Defendants did not concur with the

request, for a total of **$1,180.00**. [*Doc. 71*].  As there is no objection to this fee request, and because the Court finds that the request is reasonable, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that *Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 71)* is **GRANTED** and Defendant DeRouen shall pay Plaintiffs' counsel **$1,180.00** in attorney's fees and costs **within thirty (30) days of entry of this Order**.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**