IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FORREST BRUNSON, et al.,**

    **Plaintiff,**

**v.**                                    **No. 11cv1018 JCH/LAM**

**CHRISTOPHER MCCORKLE, et al.,**

    **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 70)*, filed on January 4, 2012.  No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed.  The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 70)* and grant in part and deny in part without prejudice *Plaintiffs' Motion for Discovery Sanctions (Doc. 58)*.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 70)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that *Plaintiffs' Motion for Discovery Sanctions (Doc. 58)* is **GRANTED in part** and **DENIED in part without prejudice** as set forth in the Proposed Findings and Recommended Disposition.

**IT IS SO ORDERED.**

                                                          _____
                                                       **HONORABLE JUDITH C. HERRERA**
                                                       **UNITED STATES DISTRICT JUDGE**